AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:22-cv-80660-RAR |
| Paul J. Manafort Jr. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Paul J. Manafort, Jr.
10 Saint James Drive
Palm Beach Gardens, FL 33418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Conor P. Desmond
United States Department of Justice, Tax Division
P.O. Box 14198
Washington, D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 28, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ M. Brown
Deputy Clerk
U.S. District Courts