IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No: 9:22-CV-80660

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## JOINT STATUS REPORT

The parties submit this joint status report regarding the parties' ongoing settlement discussions. Defendant has submitted an offer that is currently under review by the United States.

WHEREFORE, the parties respectfully ask the Court to set a deadline for a joint status report on settlement negotiations on or before December 12, 2022, under the same conditions as previously outlined by the Court. *See Paperless Order,* October 11, 2022 ("On or before November 11, 2022, the parties shall file a Joint Status Report regarding the status of settlement discussions. In the event the parties reach an impasse, the Court will reopen this matter and order that Defendant respond to the Complaint within ten (10) days of the case being restored to the active docket.")

| | |
|---|---|
| Dated: November 10, 2022 | Respectfully submitted, |
| | |
| DAVID A. HUBBERT | **MARCUS NEIMAN RASHBAUM &** |
| Deputy Assistant Attorney General | **PINEIRO LLP** |
| | |
| */s Conor P. Desmond*_____ | */s/ Jeffrey A. Neiman*[1] |
| CONOR PATRICK DESMOND | **Jeffrey Neiman** |
| Fla Bar. No. A5502587 | Florida Bar No. 544469 |

---

[1] Electronic signature added with explicit permission given by email on November 10, 2022.

Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-616-1857 (v)
202-514-4963 (f)
Conor.P.Desmond@usdoj.gov

Of counsel:
Juan Antonio "Tony" Gonzalez
United States Attorney
Southern District of Florida
*Counsel for United States*

jneiman@nmnrlawfirm.com
**Derick Vollrath**
Florida Bar No. 126740
dvollrath@mnrlawfirm.com
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
Telephone: (954) 462-1200
Facsimile: (954) 688-2492
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that it will be served accordingly on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. I also emailed copy of this motion to Defendant's counsel at:

**Marcus Neiman Rashbaum & Pineiro LLP**
**Jeffrey Neiman**
**Derick Vollrath**
jneiman@mnrlawfirm.com
dvollrath@mnrlawfirm.com

*/s Conor P. Desmond*
Conor P. Desmond
Fla. Bar No. A5502587
Trial Attorney, Tax Division
U.S. Department of Justice