**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No: 9:22-CV-80660**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JOINT STATUS REPORT**

The parties submit this joint status report regarding the parties' ongoing settlement discussions. The defendant submitted a formal offer to resolve this case that the United States is now considering.

WHEREFORE, the parties respectfully ask the Court to set a deadline of February 24, 2023 to report whether a settlement has been reached.

Dated: February 10, 2023                    Respectfully submitted,

DAVID A. HUBBERT                        **MARCUS NEIMAN RASHBAUM &**
Deputy Assistant Attorney General          **PINEIRO LLP**

*/s Conor P. Desmond*_____          */s/ Jeffrey A. Neiman*[1]
CONOR PATRICK DESMOND                  **Jeffrey Neiman**
Fla Bar. No. A5502587                      Florida Bar No. 544469
Trial Attorney, Tax Division                jneiman@nmnrlawfirm.com
U.S. Department of Justice                  **Derick Vollrath**
P.O. Box 14198                            Florida Bar No. 126740
Washington, D.C.  20044                    dvollrath@mnrlawfirm.com
202-616-1857 (v)                          100 Southeast Third Avenue
202-514-4963 (f)                          Suite 805
Conor.P.Desmond@usdoj.gov                 Fort Lauderdale, FL 33394
                                          Telephone: (954) 462-1200

_____

[1] Electronic signature added with explicit permission given by email on February 10, 2023.

Of counsel:                                   Facsimile: (954) 688-2492
Juan Antonio "Tony" Gonzalez                  *Counsel for Defendant*
United States Attorney
Southern District of Florida
*Counsel for United States*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2023, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, and that it will be served accordingly on all counsel of

record via transmission of Notices of Electronic Filing generated by CM/ECF. I also emailed

copy of this motion to Defendant's counsel at:

**Marcus Neiman Rashbaum & Pineiro LLP**
**Jeffrey Neiman**
**Derick Vollrath**
jneiman@mnrlawfirm.com
dvollrath@mnrlawfirm.com

*/s Conor P. Desmond*
Conor P. Desmond
Fla. Bar No. A5502587
Trial Attorney, Tax Division
U.S. Department of Justice