**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**Case No: 9:22-CV-80660**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND**
**NOTICE OF SETTLEMENT**

Consistent with the Court's preferences, the parties hereby give notice that a settlement

has been reached in this case. As part of the settlement, Mr. Manafort has consented to an entry

of judgment in full in this case, with interest accruing. The parties respectfully request the entry

of the attached proposed consent judgment.

Dated: February 22, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s Conor P. Desmond*
CONOR PATRICK DESMOND
Fla Bar. No. A5502587
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-616-1857 (v) 202-514-4963 (f)
Conor.P.Desmond@usdoj.gov

**MARCUS NEIMAN RASHBAUM &**
**PINEIRO LLP**

*/s/ Jeffrey A. Neiman*[1]
**Jeffrey Neiman**
Florida Bar No. 544469
jneiman@nmnrlawfirm.com
**Derick Vollrath**
Florida Bar No. 126740
dvollrath@mnrlawfirm.com
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394

---

[1] Electronic signature added with explicit permission given by email on February 21, 2023.

Of counsel:

Markenzy Lapointe

United States Attorney

Southern District of Florida

*Counsel for United States*

Telephone: (954) 462-1200

Facsimile: (954) 688-2492

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2023, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, and that it will be served accordingly on all counsel of

record via transmission of Notices of Electronic Filing generated by CM/ECF. I also emailed

copy of this motion to Defendant's counsel at:

**Marcus Neiman Rashbaum & Pineiro LLP**
**Jeffrey Neiman**
**Derick Vollrath**
jneiman@mnrlawfirm.com
dvollrath@mnrlawfirm.com

*/s Conor P. Desmond*
Conor P. Desmond
Fla. Bar No. A5502587
Trial Attorney, Tax Division
U.S. Department of Justice