**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**Case No: 9:22-CV-80660**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**CONSENT JUDGMENT**

Upon the consent of the undersigned parties, it is hereby

ORDERED that judgment is entered against Paul J. Manafort, Jr., and in

favor of the United States for willful FBAR Penalties for tax years 2013 and 2014

in the amount of $3,152,190.12 as of February 1, 2023, plus interest accruing

thereafter from that date to the date of payment according to law.

IT IS SO ORDERED Dated this _____ day of _____, 2023


_____
HON. JUDGE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

1

Order prepared and Submitted: February 22, 2023

| | |
|---|---|
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General | **MARCUS NEIMAN RASHBAUM &<br>PINEIRO LLP** |

*/s Conor P. Desmond*
CONOR PATRICK DESMOND
Fla Bar. No. A5502587
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-616-1857 (v) 202-514-4963 (f)
Conor.P.Desmond@usdoj.gov

Of counsel:
Markenzy Lapointe
United States Attorney
Southern District of Florida
*Counsel for United States*

*/s/ Jeffrey A. Neiman[1]*
**Jeffrey Neiman**
Florida Bar No. 544469
jneiman@nmnrlawfirm.com
**Derick Vollrath**
Florida Bar No. 126740
dvollrath@mnrlawfirm.com
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
Telephone: (954) 462-1200
Facsimile: (954) 688-2492
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2023, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, and that it will be served accordingly on all counsel of

record via transmission of Notices of Electronic Filing generated by CM/ECF. I also emailed

copy of this motion to Defendant's counsel at:

**Marcus Neiman Rashbaum & Pineiro LLP**
**Jeffrey Neiman**
**Derick Vollrath**
jneiman@mnrlawfirm.com
dvollrath@mnrlawfirm.com

*/s Conor P. Desmond*
Conor P. Desmond
Fla. Bar No. A5502587
Trial Attorney, Tax Division
U.S. Department of Justice

---

[1] Electronic signature added with explicit permission given by email on February 21, 2023.