**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-80660-RAR**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**PAUL J. MANAFORT, JR.**,

    Defendant.
_____/

**CONSENT JUDGMENT**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Entry of Consent Judgment and Notice of Settlement ("Motion"), [ECF No. 29], filed on February 22, 2023. Having carefully reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion, [ECF No. 29], is **GRANTED** as follows:

1.    Judgment is entered against Defendant Paul J. Manafort, Jr., and in favor of the United States of America.

2.    Plaintiff United States of America is awarded **$3,152,190.12** as of February 1, 2023, for willful FBAR Penalties for tax years 2013 and 2014, for which sum let execution issue, plus interest accruing thereafter from that date to the date of payment according to law.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2023.

                                                                                      _____
                                                                                      **RODOLFO A. RUIZ II**
                                                                                      **UNITED STATES DISTRICT JUDGE**